UNITED STATES MAGISTRATE COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HILDA MIREYA IBARRA-AVILEZ,<br><br>　　　　　　　　　Defendant | Case Number:　　16MJ36-F |

### ORDER OF DETENTION

　　　The Court finds that in light of the Immigration Detainer lodged against the Defendant, that the Defendant presents a risk of flight and loss of jurisdiction pursuant to 18 U.S.C. § 3142 et. seq. Accordingly, Defendant is not eligible for release at this time.  If the Immigration Detainer is vacated, the Defendant has the right to re-visit the issue of detention by filing of the appropriate Motion with the District Court.  Therefore, it is hereby

　　　**ORDERED** that the Defendant be detained and that the Defendant be committed to the custody of the United States Marshal pending the outcome of the above referenced case.

　　　**DATED** this  6TH  day of May, 2016 .

　　　　　　　　　　　　　　　　　　　　　　　　　　　R. Michael Shickich
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge